| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Motz, John F. | United States District Court For the District of Maryland | 11/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior status | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
101 West Lombard St., 5th Fl.
Baltimore, Maryland 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | College Savings Plan ▮▮▮▮ |
| 2. | Trustee | Sheppard & Enoch Pratt Health System |
| 3. | Trustee | Generation Skipping Trust ▮▮▮▮ (GST) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell University Law School | 11/8/2013-11/9/2013 | Ithaca, NY | Educational Seminar | Lodging, food, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Call AAPL 1-17-15 @ ▮ (Short Sale) | A | Int./Div. | J | T | Sold | 12/13/13 | J | | |
| 2. | Call AAPL 1-18-14 @ ▮ (Short Sale) | A | Int./Div. | | | Sold | 05/21/13 | J | | |
| 3. | | | | | | Closed | 12/13/13 | J | | |
| 4. | Call IBM 1-18-14 @ ▮ (Short Sale) | A | Int./Div. | J | T | Sold | 02/26/13 | J | | |
| 5. | Aberdeen Asia Pac Income (FAX) (IRA) | B | Int./Div. | K | T | Buy | 06/12/13 | K | | |
| 6. | | | | | | Buy (add'l) | 06/28/13 | K | | |
| 7. | Altria Group Inc (MO) | A | Int./Div. | K | T | | | | | |
| 8. | Apple Inc (AAPL) | D | Dividend | M | T | Sold (part) | 05/20/13 | K | | |
| 9. | Artio Aberdeen Global High Income I (JHYIX) (IRA) | C | Int./Div. | | | Sold | 10/10/13 | L | B | |
| 10. | Blackstone GSO Sr Loan (SRLN) (IRA) | A | Int./Div. | L | T | Buy | 11/05/13 | L | | |
| 11. | Campbell Soup Co (CPB) | A | Dividend | J | T | | | | | |
| 12. | Charles County MD Public Impt Bds 3.80% 3/1/2017 PRRFD: 3/1/13 | A | Interest | | | Sold | 03/01/13 | J | | |
| 13. | Chevron Corp (CVX) | B | Dividend | K | T | | | | | |
| 14. | Chicago Ill Brd Ed Cap Apprec Bds 0.00% 12/1/2024 ▮ | A | Interest | J | T | Buy | 04/18/13 | J | | |
| 15. | CVS Corp (CVS) | A | Dividend | K | T | | | | | |
| 16. | DFA Emerging Markets Core Equity (DFCEX) | B | Int./Div. | L | T | | | | | |
| 17. | DFA T A World Ex US Core Equity (DFTWX) | B | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DirecTV Inc (DTV) | A | Dividend | L | T | | | | | |
| 19. Dow Chemical Co (DOW) | A | Dividend | J | T | | | | | |
| 20. Duke Realty Corp (DRE) | A | Dividend | K | T | | | | | |
| 21. Exxon Mobil Corporation (XOM) | D | Dividend | N | T | Sold (part) | 02/19/13 | J | | |
| 22. | | | | | Sold (part) | 06/27/13 | K | | |
| 23. | | | | | Sold (part) | 07/23/13 | K | | |
| 24. | | | | | Sold (part) | 08/20/13 | K | | |
| 25. | | | | | Sold (part) | 11/18/13 | J | | |
| 26. | | | | | Sold (part) | 12/30/13 | J | | |
| 27. Fidelity Advisor Floating Rate High Income (FFRHX) (IRA) | A | Int./Div. | | | Buy | 05/20/13 | K | | |
| 28. | | | | | Sold | 09/20/13 | K | | |
| 29. Fidelity Cash Reserves (FDRXX) (IRA) | A | Int./Div. | M | T | | | | | |
| 30. Fidelity Md Municipal Income (SMDMX) | C | Int./Div. | M | T | Sold (part) | 06/12/13 | N | | |
| 31. | | | | | Buy | 08/22/13 | L | | |
| 32. | | | | | Buy (add'l) | 11/12/13 | L | | |
| 33. Fidelity Municipal Money Market (FTEXX) | A | Int./Div. | N | T | | | | | |
| 34. Fidelity Spartan 500 Index Inv (FUSEX) | A | Int./Div. | K | T | Buy | 12/30/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Spartan Extended Market Index Adv (FSEVX) | A | Int./Div. | K | T | Buy | 01/18/13 | K | | |
| 36. Fidelity Spartan Extended Market Index Inv (FSEMX) | A | Int./Div. | | | Sold | 01/18/13 | K | | |
| 37. General Electric Company (GE) | B | Dividend | K | T | | | | | |
| 38. Guggenheim S&P 500 Equal Weight (RSP) | A | Int./Div. | M | T | Buy | 05/22/13 | K | | |
| 39. | | | | | Buy (add'l) | 06/12/13 | K | | |
| 40. | | | | | Buy (add'l) | 07/23/13 | L | | |
| 41. Hillshire Brands Company (HSH) | A | Dividend | J | T | | | | | |
| 42. International Business Machines (IBM) | D | Dividend | N | T | Sold (part) | 11/12/13 | K | | |
| 43. iShares iBoxx $ High Yield Corporate Bond (HYG) (IRA) | D | Int./Div. | | | Sold (part) | 05/02/13 | M | D | |
| 44. | | | | | Sold (part) | 05/22/13 | K | B | |
| 45. | | | | | Buy (add'l) | 08/20/13 | K | | |
| 46. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 47. | | | | | Sold | 09/30/13 | M | A | |
| 48. iShares Inc Core Msci Emerging Mkts (IEMG) | A | Int./Div. | K | T | Buy | 08/20/13 | K | | |
| 49. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 50. iShares MSCI EAFE (EFA) | A | Int./Div. | K | T | | | | | |
| 51. iShares MSCI EAFE Small Cap Index (SCZ) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares Russell 1000 Index (IWB) | C | Int./Div. | M | T | | | | | |
| 53. iShares Russell 2000 (IWM) | A | Int./Div. | K | T | | | | | |
| 54. iShares S&P 500 Index (IVV) (IRA) | B | Int./Div. | M | T | Buy | 06/19/13 | K | | |
| 55. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 56. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 57. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 58. | | | | | Buy (add'l) | 09/30/13 | K | | |
| 59. | | | | | Buy (add'l) | 11/15/13 | K | | |
| 60. iShares S&P Global Timber & Forestry Index (WOOD) | A | Int./Div. | L | T | Buy | 06/12/13 | K | | |
| 61. iShares S&P National Municipal Bond (MUB) | A | Int./Div. | | | Buy | 06/12/13 | M | | |
| 62. | | | | | Buy (add'l) | 07/05/13 | K | | |
| 63. | | | | | Sold (part) | 07/25/13 | M | | |
| 64. | | | | | Sold | 07/31/13 | L | | |
| 65. iShares S&P SmallCap 600 Citigroup Value Index (IJS) | A | Int./Div. | L | T | | | | | |
| 66. iShares S&P SmallCap 600 Index (IJR) | B | Int./Div. | M | T | | | | | |
| 67. iShares Trust Core Msci Eafe (IEFA) | B | Int./Div. | L | T | Buy | 06/27/13 | J | | |
| 68. Kinder Morgan Mgmt LLC (KMR) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kraft Foods Group Inc (KRFT) | A | Dividend | J | T | | | | | |
| 70. MD St Health & Higher Ed Facs 0.00% 7/1/2013 | A | Interest | | | Sold | 07/01/13 | K | | |
| 71. Merck & Co Inc (MRK) | C | Dividend | L | T | | | | | |
| 72. Mondelez Intl Inc (MDLZ) | A | Dividend | J | T | | | | | |
| 73. Nuveen Build Amer Bd Fd (NBB) (IRA) | A | Int./Div. | M | T | Buy | 11/05/13 | L | | |
| 74. | | | | | Buy (add'l) | 12/19/13 | L | | |
| 75. | | | | | Buy (add'l) | 12/27/13 | L | | |
| 76. Nuveen Build America (NBD) (IRA) | B | Int./Div. | L | T | Buy | 09/30/13 | L | | |
| 77. Nuveen MD Municipal Bond I (NMMDX) | B | Int./Div. | | | Buy | 06/27/13 | M | | |
| 78. | | | | | Buy (add'l) | 07/23/13 | M | | |
| 79. | | | | | Buy (add'l) | 07/25/13 | L | | |
| 80. | | | | | Sold | 08/22/13 | N | | |
| 81. Nuveen MD Prem II (NMY) | D | Int./Div. | M | T | Buy | 06/27/13 | K | | |
| 82. | | | | | Buy (add'l) | 07/05/13 | K | | |
| 83. | | | | | Buy (add'l) | 07/23/13 | K | | |
| 84. | | | | | Buy (add'l) | 07/25/13 | K | | |
| 85. | | | | | Buy (add'l) | 07/29/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/31/13 | K | | |
| 87. | | | | | Buy (add'l) | 08/20/13 | K | | |
| 88. | | | | | Buy (add'l) | 08/21/13 | K | | |
| 89. | | | | | Sold (part) | 11/12/13 | M | | |
| 90. | | | | | Buy (add'l) | 12/30/13 | L | | |
| 91. Nuveen Select Tax-Free Income (NXQ) | A | Int./Div. | L | T | Buy | 11/05/13 | L | | |
| 92. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 93. Payden High Income (PYHRX) (IRA) | C | Int./Div. | | | Buy | 02/26/13 | K | | |
| 94. | | | | | Sold (part) | 09/30/13 | L | | |
| 95. | | | | | Sold | 12/19/13 | K | | |
| 96. Pepsico Incorporated (PEP) | B | Dividend | L | T | | | | | |
| 97. Philip Morris Intl Inc (PM) | B | Dividend | K | T | | | | | |
| 98. Potash Corp of Saskatchewan Inc (POT) | B | Dividend | L | T | Sold (part) | 12/19/13 | K | | |
| 99. PowerShares Insured Natl Muni Bond (PZA) | B | Int./Div. | L | T | Buy | 08/22/13 | L | | |
| 100. Praxair Inc (PX) | B | Dividend | M | T | | | | | |
| 101. Puerto Rico Comwlth Infrastructure Fing 5.50% 7/1/2021 | B | Interest | J | T | | | | | |
| 102. Puerto Rico Comwlth Pub Impt Bds Ser 5.25% 7/1/2016 | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Puerto Rico Elec Pwr Auth Pwr Rev Power 5.25% 7/1/2024 ( | B | Interest | J | T | | | | | |
| 104. Puerto Rico Elec Pwr Auth Pwr Rev Pwr Rev 4.00% 7/1/2015 | A | Interest | J | T | | | | | |
| 105. Puerto Rico Elec Pwr Auth Pwr Rev Pwr Rev 5.00% 7/1/2022 | A | Interest | J | T | | | | | |
| 106. Puerto Rico Elec Pwr Auth Pwr Rev Pwr Rev 5.50% 7/1/2020 | B | Interest | J | T | | | | | |
| 107. SPDR Barclays Capital Short Term High Yield Bond (SJNK) (IRA) | A | Int./Div. | | | Buy | 08/20/13 | K | | |
| 108. | | | | | Sold | 10/09/13 | K | A | |
| 109. SPDR Barclays High Yield Bond (JNK) (IRA) | C | Int./Div. | | | Sold | 09/30/13 | L | B | |
| 110. SPDR Barclays Municipal (TFI) | B | Int./Div. | | | Buy | 06/12/13 | L | | |
| 111. | | | | | Buy (add'l) | 06/28/13 | L | | |
| 112. | | | | | Buy (add'l) | 07/05/13 | L | | |
| 113. | | | | | Buy (add'l) | 07/23/13 | L | | |
| 114. | | | | | Sold (part) | 08/20/13 | L | | |
| 115. | | | | | Sold (part) | 08/21/13 | L | | |
| 116. | | | | | Sold (part) | 08/22/13 | L | | |
| 117. | | | | | Sold | 09/04/13 | L | | |
| 118. SPDR Russell Small Cap Completeness (RSCO) | B | Int./Div. | K | T | Buy | 08/21/13 | K | | |
| 119. SPDR S&P 500 ETF Trust (SPY) | C | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Stanley Black & Decker Inc (SWK) | C | Dividend | M | T | | | | | |
| 121. T Rowe Price Equity Income (PRFDX) | B | Int./Div. | L | T | | | | | |
| 122. T Rowe Price Group Inc (TROW) | D | Dividend | N | T | Sold (part) | 11/05/13 | K | | |
| 123. T Rowe Price MD Tax Free Bond (MDXBX) | D | Int./Div. | N | T | Sold (part) | 06/27/13 | M | | |
| 124. | | | | | Buy (add'l) | 08/22/13 | M | | |
| 125. T Rowe Price New Asia (PRASX) | A | Int./Div. | K | T | | | | | |
| 126. T Rowe Price New Era (PRNEX) | A | Int./Div. | L | T | | | | | |
| 127. T Rowe Price Value (TRVLX) | B | Int./Div. | M | T | | | | | |
| 128. TCW Total Return Bond I (TGLMX) (IRA) | B | Int./Div. | K | T | | | | | |
| 129. Union Pacific Corp (UNP) | C | Dividend | M | T | | | | | |
| 130. Vanguard Hi Yield Tax-Exempt Admiral (VWALX) | D | Int./Div. | M | T | Sold (part) | 07/05/13 | M | | |
| 131. | | | | | Sold (part) | 07/23/13 | M | | |
| 132. | | | | | Buy (add'l) | 09/04/13 | M | | |
| 133. Vanguard High Yield Corporate Admiral (VWEAX) (IRA) | D | Int./Div. | L | T | Sold (part) | 10/10/13 | L | B | |
| 134. | | | | | Buy (add'l) | 12/30/13 | L | | |
| 135. Vanguard Inter-Term Invt Grade Admiral (VFIDX) (IRA) | B | Int./Div. | | | Sold | 07/23/13 | L | | |
| 136. Washington Real Estate (WRE) | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Western Asset Intermediate Muni Fund Inc (SBI) | A | Int./Div. | | | Buy | 06/12/13 | K | | |
| 138. | | | | | Buy (add'l) | 07/23/13 | K | | |
| 139. | | | | | Sold | 11/05/13 | L | | |
| 140. WisdomTree Dreyfus New Zealand Dollar (AUNZ) (IRA) | A | Int./Div. | K | T | Buy | 05/20/13 | K | | |
| 141. Yum! Brands Inc (YUM) | B | Dividend | L | T | | | | | |
| 142. 529 - Portfolio 2027 ▓ | A | Int./Div. | M | T | | | | | |
| 143. 529 - Vanguard HY Bond ▓ | A | Int./Div. | M | T | Buy | 01/17/13 | K | | |
| 144. | | | | | Buy (add'l) | 02/20/13 | K | | |
| 145. | | | | | Buy (add'l) | 06/04/13 | L | | |
| 146. 529 - Portfolio 2030 ▓ | A | Int./Div. | L | T | | | | | |
| 147. -TRP Blue Chip Growth (TRBCX) ▓ | A | Int./Div. | M | T | | | | | |
| 148. -TRP Int Bond (RPIBX) ▓ | A | Int./Div. | K | T | | | | | |
| 149. -TRP Int Stock (PRITX) ▓ | A | Int./Div. | K | T | | | | | |
| 150. -TRP Equity Income (PRFDX) ▓ | C | Int./Div. | M | T | | | | | |
| 151. -TRP Global Stock (PRGSX) ▓ | A | Int./Div. | L | T | | | | | |
| 152. -TRP Growth Stock (PRGFX) ▓ | A | Int./Div. | M | T | | | | | |
| 153. -TRP New Era (PRNEX) ▓ | A | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -TRP Prime Reserve | A | Int./Div. | M | T | | | | | |
| 155.  -TRP Spectrum Growth (PRSGX) | B | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 11/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

The Generation Skipping Trust ⬛⬛⬛ positions are listed on rows 146 through 154.

Dow Chemical Co (DOW) on line 19 was inadvertently omitted from the prior year filing.

iShares MSCI EAFE Small Cap Index (SCZ) on line 51 was inadvertently omitted from the prior year filing.

SPDR S&P 500 ETF Trust (SPY) on line 119 was referred to as "Standard & Poors Depository Receipts" on the prior year filing.

Fidelity Cash Reserves (FDRXX) (IRA) on line 29 was referred to as "Fidelity Cash Reserves" and "Fidelity Cash Reserve" on the prior year filing. This is a money market and therefore does not require transaction reporting as instructed on page 52 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John F. Motz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544